WILLIE WALLDORF et al., Copartners under the Name of WALLDORF'S BOXING FILM BEAR, "TEDDY," Respondents, *v.* CENTRAL GREYHOUND LINES, INC., OF NEW YORK et al., Appellants.

GUSTAVE WALLDORF, Respondent, *v.* CENTRAL GREYHOUND LINES, INC., OF NEW YORK et al., Appellants.

Argued April 6, 1939; decided April 21, 1939.

*John H. Broderick* and *Henry S. Bayly* for appellants.
*Andrew J. Cook* and *Michael Nardone* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.